**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Virjinio REYNOSO–GARCIA, a.k.a. Virjinio Reynosa–Garcia, a.k.a. Virjinio Reynoso, a.k.a. Virginio Reynoso–Garcia, Defendant–Appellant.**

**No. 14–10015.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2014.*

Filed Oct. 20, 2014.

Ann L. Demarais, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Kathleen Genevieve Williamson, Esquire Tucson, AZ, for Defendant–Appellant.

Virjinio Reynoso–Garcia, pro se.

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

MEMORANDUM **

Virjinio Reynoso–Garcia appeals from the district court's judgment and challenges his guilty-plea conviction and 18–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Reynoso–Garcia's counsel has filed a brief stating that there are no grounds for re-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lief, along with a motion to withdraw as counsel of record. We have provided Reynoso–Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Reynoso–Garcia has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.